UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OLD REPUBLIC UNION INSURANCE COMPANY,

Plaintiff,

v.

BRIDGE PORT LLC,

Defendant.

Case No. 26-cv-10024

Honorable Robert J. White

**AMENDED ORDER REGARDING CLOSING DOCUMENTS**

On July 15, 2026, Counsel emailed the Court indicating that the parties reached a settlement through mediation. On July 21, 2026 this Court ordered the Parties to submit their closing documents by August 17, 2026. The Parties have now filed a stipulation for an extension of time to file their closing documents and this Court being fully advised in the premises finds good cause in the extension.

Accordingly, it is **ORDERED** that the Parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **August 31, 2026.**

SO ORDERED.

Dated: August 24, 2026

s/Robert J. White
Robert J. White
United States District Judge